# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rene Alex Nido, | No. CV-26-00258-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| Uber Technologies Incorporated, | |
| Defendant. | |

At issue is Defendant's Motion to Vacate Scheduling Conference and All Pending Court Deadlines Pending Resolution of Motion to Compel Arbitration and Stay Proceedings (Doc. 11). Upon review and good cause appearing,

**IT IS HEREBY ORDERED** granting in part Defendant's Motion to Vacate Scheduling Conference and All Pending Court Deadlines Pending Resolution of Motion to Compel Arbitration and Stay Proceedings (Doc. 11).

**IT IS FURTHER ORDERED** vacating the Rule 16 Pretrial Scheduling Conference set for March 3, 2026 at 2:00 PM (Doc. 9). The Court will decide whether to stay this case after the Motion to Compel Arbitration (Doc. 10) is fully briefed and the Court rules on that Motion.

Dated this 12th day of February, 2026.

Honorable John J. Tuchi
United States District Judge